McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6648
Fax: (202) 307-0054
Guy.P.Jennings@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASE CAMP CONDOMINIUM ASSOCIATION NO. 1, Inc. a California Non-Profit Mutual Benefit Corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KERRY MEEKER dba MEEKER CONSTRUCTION, an individual; ROBERT W. SCHARF, an individual; THE UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE; et al.<br><br>　　　　　Defendants. | Civil No. 2:05-CV-02164-FCD-DAD<br><br>**STIPULATION, REQUEST FOR AMENDED SCHEDULING ORDER, and ORDER** |

　　　All parties stipulate and request an amended scheduling order which extends the time to complete fact discovery from September 15, 2006, to November 16, 2006, (presently the final day for expert discovery) as set forth below.  This request is prompted by scheduling conflicts which prevented depositions in this case.

　　　The parties respectfully request entry of an Amended Scheduling Order as set forth below.

　　　　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　United States Attorney

DATED:  September 13, 2006　　　　/s/ G. Patrick Jennings
　　　　　　　　　　　　　　　　　　G. PATRICK JENNINGS
　　　　　　　　　　　　　　　　　　Trial Attorney, Tax Division
　　　　　　　　　　　　　　　　　　United States Department of Justice

|||
|---|---|
| | BILL LOCKYER, Attorney General<br>for the State of California |
| DATED: September 11, 2006 | /s/ Robert E. Asperger (original retained by attorney G. Patrick Jennings)<br>ROBERT E. ASPERGER,<br>Deputy Attorney General<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 |
| | Attorneys for the defendant California Franchise Tax Board |
| DATED: September 12, 2006 | /s/ Timothy Pemberton (original retained by attorney G. Patrick Jennings)<br>TIMOTHY PEMBERTON<br>P.O. Box 485<br>Markleeville, CA 96120 |
| | Attorneys for Plaintiff |
| DATED: September 11, 2006 | /s/ KERRY MEEKER (original retained by attorney G. Patrick Jennings)<br>KERRY MEEKER<br>P.O. Box 984<br>Pollock Pines, CA 95726-0984 |
| | Defendant |
| DATED: September 8, 2006 | /s/ Robert W. Scharf (original retained by attorney G. Patrick Jennings)<br>ROBERT W. SCHARF, Esquire<br>760 Woodridge Road<br>Placerville, CA 95667<br>Telephone: (530) 622-0570<br>Defendant |

ORDER

Upon the stipulation of the parties, and for good cause shown,

**IT IS ORDERED THAT** the Pretrial Scheduling Order entered March 13, 2006, is amended as follows: the final day for all discovery is November 16, 2006. All other provisions of the Pretrial Scheduling Order entered March 13, 2006, remain in effect.

**IT IS SO ORDERED**.

Dated: September 14, 2006                    /s/ Frank C. Damrell Jr.
                                                              Frank C. Damrell Jr.
                                                              U.S. District Court Judge