1  McGREGOR W. SCOTT
   United States Attorney

2  G. PATRICK JENNINGS
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683
   Ben Franklin Station
5  Washington, D.C.  20044-0683
   Telephone: (202) 307-6648
6  Fax: (202) 307-0054
   Guy.P.Jennings@usdoj.gov
7
   Attorneys for the United States of America
8

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASE CAMP CONDOMINIUM ASSOCIATION NO. 1, Inc. a California Non-Profit Mutual Benefit Corporation,<br><br>    Plaintiff,<br>v.<br><br>KERRY MEEKER dba MEEKER CONSTRUCTION, an individual; ROBERT W. SCHARF, an individual; THE UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE; et al.<br><br>    Defendants. | Civil No. 2:05-CV-02164-FCD-DAD<br><br>**ORDER** |

Upon the stipulation of the parties, and for good cause shown,

**IT IS ORDERED THAT** the deposited fund in this interpleader case, in the amount of $123,337.52, plus any interest thereon, shall be distributed by the Clerk as follows:

1. Plaintiff is entitled to reasonable attorney's fees in filing this action in the amount of $3,819.43.  The Clerk shall distribute said amount to the plaintiff, in care of its attorney, Timothy Pemberton.

2. The Clerk shall distribute $15,000.00 to the United States to be applied to the federal tax liabilities of Kerry Meeker.

3. The Clerk shall distribute $5,000.00 to the Franchise Tax Board of California to be applied to the state tax liabilities of Kerry Meeker.

4. The Clerk shall distribute the remainder of the deposit to Robert W. Scharf in full satisfaction of the attorney's fees owed by Kerry Meeker to Scharf.

**IT IS SO ORDERED**.

Dated: April 4, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Final Order of Distribution